COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No   01-12-00826-CV; *In re JC Glass, Inc.*, Relator

Original Proceeding on Petition for Writ of Mandamus from *Sardari v. Goodman Huang Hospitality Ltd.*, Cause No. 2010-28382, in the 151st District Court of Harris County, Texas.

On September 5, 2012, relator, JC Glass, Inc., filed a petition for writ of mandamus challenging the trial court's April 4, 2012 order to strike and vacate the designation of Carter & Burgess Consultants, Inc. as responsible third party.  It is **ordered** that the response, if any, of any real party in interest, is due **Friday, October 5, 2012**.

It is so ORDERED.

Judge's signature:   /s/ Justice Massengale
                     Acting for the Court, panel consists of Justices Keyes, Massengale, and Brown

Date: September 10, 2012